IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : |
| | : NO. 13-369 |
| EDUARDO APONTE | : |

**ORDER**

AND NOW, this 8th day of February, 2022, it is hereby ORDERED that the Defendant's Pro Se Motion for Compassionate Release Due to Petitioner's Contraction of the COVID-19 virus (Document No. 62), is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,        C.J.